**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____ Chapter ___7___

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | H & H VENTURES LLC |
| 2. | All other names debtor used in the last 8 years

Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4  6  –  4  3  1  6  7  6  2 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1177 West Loop South | |
| Number    Street | Number    Street |
| Suite 180 | |
| | P.O. Box |
| Houston            TX    77029 | |
| City                State    ZIP Code | City                State    ZIP Code |
| Harris | **Location of principal assets, if different from principal place of business** |
| County | |
| | 7079 FM 1459 |
| | Number    Street |
| | Sweeney            TX    77480 |
| | City                State    ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☑ Other. Specify: Limited Liability Company _____

Debtor  **H & H VENTURES LLC**                                                   Case number (if known) _____

| | | |
|---|---|---|

**7.  Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

       _7_   _2_   _1_   _2_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **H & H VENTURES LLC**                                              Case number (if known) _____

| | |
|---|---|

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                              MM / DD / YYYY

       District _____  When _____  Case number _____
                                              MM / DD / YYYY

       District _____  When _____  Case number _____
                                              MM / DD / YYYY

10.  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

     List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

       District _____  When _____
                                              MM / DD / YYYY

       Case number, if known _____

       Debtor _____  Relationship _____

       District _____  When _____
                                              MM / DD / YYYY

       Case number, if known _____

11.  **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **H & H VENTURES LLC**                                                    Case number (if known) _____

| | |
|---|---|
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☐ No<br>☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other  **Low income families live on the RV Park property who require continuin**

**Where is the property?**   **Palmetto Oasis RV Park**
Number     Street
**7079 FM 1459**

**Sweeney**                                    **TX**        **77480**
City                                              State      ZIP Code

**Is the property insured?**

☐ No
☑ Yes.  Insurance agency  **Alliance Premium Finance**

          Contact name  **Hotchkiss Insurance**

          Phone  **713-956-9800**

## Statistical and adminstrative information

| | |
|---|---|
| 13. Debtor's estimation of available funds | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

14. Estimated number of creditors

☑ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
☐ 50-99                  ☐ 5,001-10,000             ☐ 50,001-100,000
☐ 100-199               ☐ 10,001-25,000            ☐ More than 100,000
☐ 200-999

15. Estimated assets

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

16. Estimated liabilities

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor __H & H VENTURES LLC_____     Case number (if known) _____

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/28/2023__
MM / DD / YYYY

X __/s/ Aubrey Haines_____
Signature of authorized representative of debtor

__Aubrey Haines_____
Printed name

__Managing Member_____
Title

**18.** **Signature of attorney**

X __/s/ Richard Lee Fuqua II_____     Date __07/28/2023__
Signature of attorney for debtor                       MM / DD / YYYY

__Richard Lee Fuqua II_____
Printed name

__Fuqua & Associates, P.C._____
Firm name

__8558 Katy Freeway_____
Number          Street

__Suite 119_____

__Houston_____     __TX__     __77024_____
City                                          State       ZIP Code

__(713) 960-0277_____     __RLFuqua@FuquaLegal.com_____
Contact phone                           Email address

__07552300_____     __TX_____
Bar number                   State

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Aubrey Haines, declare under penalty of perjury that I am a managing member of H & H VENTURES, LLC, a Texas limited liability company and that on July 26, 2023, the following resolution was duly adopted:

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be it Therefore Resolved, that Aubrey Haines, as managing member of the company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the company; and

Be it Further Resolved, that Aubrey Haines, as managing member of H & H VENTURES, LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be it Further Resolved, that Aubrey Haines, as managing member of H & H VENTURES, LLC, is authorized and directed to employ Richard L. Fuqua, attorney and the law firm of Fuqua & Associates, PC to represent the company in such bankruptcy case."

Executed on:   July 26, 2023                        Signed:

                                                    H & H VENTURES, LLC

                            By:
                            Name:        Aubrey Haines
                            Title:       Managing Member

**Fill in this information to identify the case**

Debtor name ___H & H VENTURES LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF TEXAS___

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.  **Cash on hand**                                                                                              $13.73

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
|---|---|---|

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$13.73

### Part 2:  Deposits and prepayments

6.  Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor    **H & H VENTURES LLC**                                    Case number (if known) _____
          Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.**  Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

**7.1.**  Water services deposit _____    $2,500.00

**8.**  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

   Description, including name of holder of prepayment

**9.**  Total of Part 2.
   Add lines 7 through 8. Copy the total to line 81.                  | $2,500.00 |

---

**Part 3:**  **Accounts receivable**

**10.**  Does the debtor have any accounts receivable?

   ☑ No. Go to Part 4.
   ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11.**  Accounts receivable

**11a.**  90 days old or less:  _____  –  _____  = ............ →  _____
                                face amount          doubtful or uncollectible accounts

**11b.**  Over 90 days old:  _____  –  _____  = ............ →  _____
                             face amount          doubtful or uncollectible accounts

**12.**  Total of Part 3
   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $0.00 |

---

**Part 4:**  **Investments**

**13.**  Does the debtor own any investments?

   ☑ No. Go to Part 5.
   ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  Mutual funds or publicly traded stocks not included in Part 1

   Name of fund or stock:

**15.**  Non-publicly traded stock and interests in incorporated and unincorporated
   businesses, including any interest in an LLC, partnership, or joint venture

   Name of entity:                                  % of ownership:

**16.**  Government bonds, corporate bonds, and other negotiable and
   non-negotiable instruments not included in Part 1

   Describe:

**17.**  Total of Part 4
   Add lines 14 through 16. Copy the total to line 83.                  | $0.00 |

---

**Part 5:**  **Inventory, excluding agriculture assets**

**18.**  Does the debtor own any inventory (excluding agriculture assets)?

   ☑ No. Go to Part 6.
   ☐ Yes. Fill in the information below.

---

Debtor   **H & H VENTURES LLC**
      Name
Case number (if known) _____

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. Raw materials

20. Work in progress

21. Finished goods, including goods held for resale

22. Other inventory or supplies

23. Total of Part 5
Add lines 19 through 22. Copy the total to line 84.
$0.00

24. Is any of the property listed in Part 5 perishable?
☐ No
☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
☐ No
☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. Crops--either planted or harvested

29. Farm animals  *Examples:* Livestock, poultry, farm-raised fish

30. Farm machinery and equipment  (Other than titled motor vehicles)

31. Farm and fishing supplies, chemicals, and feed

32. Other farming and fishing-related property not already listed in Part 6

33. Total of Part 6.
Add lines 28 through 32.  Copy the total to line 85.
$0.00

34. Is the debtor a member of an agricultural cooperative?
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. Is a depreciation schedule available for any of the property listed in Part 6?
☐ No
☐ Yes

37. Has any of the property listed in Part 6 been appraised by a professional within the last year?
☐ No
☐ Yes

Debtor   **H & H VENTURES LLC**                                      Case number (if known) _____
         Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No.  Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39. Office furniture

40. Office fixtures

41. Office equipment, including all computer equipment and communication systems equipment and software

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                    | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | | |

47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

47.1. **Kubota tractor - lease**                                                                Unknown

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. Aircraft and accessories

50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                   | $0.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **H & H VENTURES LLC** _____    Case number (if known) _____
        Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **7079 FM 1459**<br>**Sweeney, Texas 77480**<br>**Palmetto Oasis RV Park** | Fee Simple | $2,373,930.00 | | $2,373,930.00 |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $2,373,930.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☑ Yes

## Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No. Go to Part 11.
   ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.    $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

Debtor   **H & H VENTURES LLC**   Case number (if known) _____
  Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☑ No.  Go to Part 12.
  ☐ Yes.  Fill in the information below.

                                                                    Current value of
                                                                    debtor's interest

71. **Notes receivable**

  Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

  Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
  **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
  Add lines 71 through 77.  Copy the total to line 90.                          $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ☐ No
  ☐ Yes

Debtor   H & H VENTURES LLC _____   Case number (if known) _____
         Name

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $13.73 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $2,500.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ............................................. ➔ | | $2,373,930.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $2,513.73 + | 91b. $2,373,930.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ...................................................... $2,376,443.73

**Fill in this information to identify the case:**

Debtor name  H & H VENTURES LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.1**

Creditor's name
**Third Coast Bank SSB**

Creditor's mailing address
20202 Hwy 59 North

Suite 190

Humble          TX   77338

Creditor's email address, if known

_____

Date debt was incurred    2016

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

**Palmetto Oasis RV Park**

Describe the lien
**Deed of Trust Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $1,341,088.00 | $2,373,930.00 |
|---|---|

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.

$1,341,088.00

Debtor    H & H VENTURES LLC                                    Case number (if known) _____

---

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Bradley Rauch, Esq. | | | Line  2.1 | ___ ___ ___ ___ |
| Hirsch & Westheimer | | | | |
| 1415 Louisiana | | | | |
| 36th Floor | | | | |
| Houston | TX | 77002 | | |
| Michael Durrschmidt, Esq. | | | Line  2.1 | ___ ___ ___ ___ |
| Hirsch & Westheimer | | | | |
| 1415 Louisiana | | | | |
| 36th Floor | | | | |
| Houston | TX | 77002 | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **H & H VENTURES LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | $177,000.00 | $177,000.00 |

**Sombrero Capital**

PO Box 790892

☐ Contingent
☐ Unliquidated
☐ Disputed

San Antonio          TX     78279

**Basis for the claim:**
**Taxes**

Date or dates debt was incurred

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( **8** )

Debtor    H & H VENTURES LLC                                          Case number (if known) _____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
      claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address

Alliance Premium Finance

Hotchkiss Insurance Agency

4120 International Parkway

Suite 2000

Carrollton                              TX        75007

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Property Insurance

Is the claim subject to offset?
☑ No
☐ Yes

$258.23

---

**3.2**  Nonpriority creditor's name and mailing address

Aubrey Haines

15731 Walkwood Dr

Houston                                 TX        77079

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Loan

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.3**  Nonpriority creditor's name and mailing address

Felder Water Well & Pump Service

PO Box 1033

Angleton                                TX        77516

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Goods & Services

Is the claim subject to offset?
☑ No
☐ Yes

$12,545.64

---

**3.4**  Nonpriority creditor's name and mailing address

PNP Development LLC

PO Box 2067

Alvin                                   TX        77512

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Water Testing

Is the claim subject to offset?
☑ No
☐ Yes

$605.81

---

Debtor    H & H VENTURES LLC _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Rakesh Jain, CPA

10301 Northwest Freeway

Suite 314

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Houston            TX      77092

Basis for the claim: Tax and Accounting Services

Date or dates debt was incurred _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,428.00 |

Sparklight Business

505 N. Mechanic St.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

El Campo            TX      77437

Basis for the claim: Goods & Services

Date or dates debt was incurred _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

Thomas A. Holt

500 Seawall Blvd # 1115

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Galveston            TX      77550

Basis for the claim: Loan

Date or dates debt was incurred _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,681.39 |

TXU Energy

6555 Sierra Drive

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Irving            TX      75039

Basis for the claim: Electricity

Date or dates debt was incurred _____

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor     H & H VENTURES LLC             Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.52 |

Waste Management

PO Box 660345

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Dallas           TX    75266      Goods & Services

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    ___  ___  ___  ___

☑ No
☐ Yes

Debtor   H & H VENTURES LLC _____   Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** Alfredo Salinas<br>7079 FM 1459<br>Unit 071<br><br>Sweeney          TX      77480 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| **4.2** Carol Holt<br>500 Seawall Blvd # 1115<br><br>Galveston        TX      77550 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| **4.3** Christobal Polido<br>7079 FM 1459<br>Unit 074<br><br>Sweeney          TX      77480 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| **4.4** Christopher Anthony<br>7079 FM 1459<br>Unit 037<br><br>Sweeney          TX      77480 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| **4.5** David Calvin<br>7079 FM 1459<br>Unit 98<br><br>Sweeney          TX      77480 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| **4.6** Donna Haines<br>15731 Walkwood Dr<br><br>Houston          TX      77079 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |

Debtor   H & H VENTURES LLC _____   Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

4.7   Enrique Esparza
7079 FM 1459
Unit 059

Sweeney          TX     77480

Line _____

☑ Not listed.  Explain:
Notice Only

___ ___ ___ ___

4.8   Jessica Torny
7079 FM 1459
Unit 042

Sweeney          TX     77480

Line _____

☑ Not listed.  Explain:
Notice Only

___ ___ ___ ___

4.9   Kristine Roberts
7079 FM 1459
Unit 033

Sweeney          TX     77480

Line _____

☑ Not listed.  Explain:
Notice Only

___ ___ ___ ___

4.10   Lisa Richards
7079 FM 1459
Unit 010

Sweeney          TX     77480

Line _____

☑ Not listed.  Explain:
Notice Only

___ ___ ___ ___

4.11   Marcos Salinas
7079 FM 1459
Unit 006

Sweeney          TX     77480

Line _____

☑ Not listed.  Explain:
Notice Only

___ ___ ___ ___

4.12   Marvin Schulz
7079 FM 1459
Unit 084

Sweeney          TX     77480

Line _____

☑ Not listed.  Explain:
Notice Only

___ ___ ___ ___

4.13   Nicholas Arthur
7079 FM 1459
Unit 016

Sweeney          TX     77480

Line _____

☑ Not listed.  Explain:
Notice Only

___ ___ ___ ___

Debtor    H & H VENTURES LLC                                    Case number (if known) _____

| **Part 3:** | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.14**  Odeth Valdez-Pena
7079 FM 1459
Unit 020

Sweeney          TX      77480

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.15**  Perry Whipple
7079 FM 1459
Unit 099

Sweeney          TX      77480

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.16**  Robert E. Ray, PLLC
1177 West Loop South
Suite 1180

Houston          TX      77027

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.17**  Tim King
7079 FM 1459
Unit 073

Sweeney          TX      77480

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.18**  Travis Devoe
7079 FM 1459
Unit 094

Sweeney          TX      77480

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.19**  Walter Bradberry
7079 FM 1459
Unit 003

Sweeney          TX      77480

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   H & H VENTURES LLC _____    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a.   **Total claims from Part 1**                                         5a.   _____ $177,000.00

5b.   **Total claims from Part 2**                                         5b. **+** _____ $25,939.59

5c.   **Total of Parts 1 and 2**                                          5c.   _____ $202,939.59
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | H & H VENTURES LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | _____  Chapter ___7___ |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Month to Month Rental Agreement - Palmetto Oasis RV Park Contract to be ASSUMED | David Calvin |
|---|---|---|---|
| | | | 7079 FM1459 |
| | | | Unit 98 |
| | State the term remaining | 1 | |
| | List the contract number of any government contract | | Sweeney          TX        77480 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Month to Month Rental Agreement - Palmetto Oasis RV Park Contract to be ASSUMED | Jessica Torny |
|---|---|---|---|
| | | | 7079 FM1459 |
| | | | Unit 42 |
| | State the term remaining | 1 | |
| | List the contract number of any government contract | | Sweeney          TX        77480 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Month to Month rental agreement - Palmetto Oasis RV Park Contract to be ASSUMED | Nicholas Arthur |
|---|---|---|---|
| | | | 7079 FM1459 |
| | | | Unit 16 |
| | State the term remaining | 1 | |
| | List the contract number of any government contract | | Sweeney          TX        77480 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Month to Month Rental Agreement - Palmetto Oasis RV Park Contract to be ASSUMED | Odeth Pena |
|---|---|---|---|
| | | | 7079 FM1459 |
| | | | Unit 20 |
| | State the term remaining | 1 | |
| | List the contract number of any government contract | | Sweeney          TX        77480 |

Debtor    H & H VENTURES LLC _____    Case number (if known) _____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Month to Month Rental Agreement - Palmetto Oasis RV Park Contract to be ASSUMED | Perry Whipple |
| | State the term remaining | 1 | 7079 FM1459 |
| | | | Unit 101 |
| | List the contract number of any government contract | | |
| | | | Sweeney        TX        77480 |

**Fill in this information to identify the case:**

Debtor name __H & H VENTURES LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* **Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Aubrey Haines | 15731 Walkwood Dr<br>Number    Street<br><br>Houston          TX    77079<br>City                    State  ZIP Code | Third Coast Bank SSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Carol Holt | 500 Seawall Blvd # 1115<br>Number    Street<br><br>Galveston        TX    77550<br>City                    State  ZIP Code | Third Coast Bank SSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Donna Haines | 15731 Walkwood Dr<br>Number    Street<br><br>Houston          TX    77079<br>City                    State  ZIP Code | Third Coast Bank SSB | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Thomas A. Holt | 500 Seawall Blvd # 1115<br>Number    Street<br><br>Galveston        TX    77550<br>City                    State  ZIP Code | Third Coast Bank SSB | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name  H & H VENTURES LLC

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B..................................................

| $2,373,930.00 |
|---|

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B................................................

| $2,513.73 |
|---|

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B..................................................

| $2,376,443.73 |
|---|

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.....................................

| $1,341,088.00 |
|---|

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.........................

| $177,000.00 |
|---|

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.........

| + | $25,939.59 |
|---|---|

4.  **Total liabilities**
Lines 2 + 3a + 3b

| $1,544,027.59 |
|---|

**Fill in this information to identify the case and this filing:**

Debtor Name  <u>H & H VENTURES LLC</u>

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known)  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule  _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>07/28/2023</u>          X <u>/s/ Aubrey Haines</u>
       MM / DD / YYYY            Signature of individual signing on behalf of debtor

                               <u>Aubrey Haines</u>
                               Printed name

                               <u>Managing Member</u>
                               Position or relationship to debtor

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

In re  H & H VENTURES LLC

Case No.  _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept.................................................Fixed Fee: | **$8,838.00** |
| Prior to the filing of this statement I have received....................................................... | **$8,838.00** |
| Balance Due.................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border: 1px solid black;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __07/28/2023__ | /s/ Richard Lee Fuqua II |
| *Date* | *Richard Lee Fuqua II*          Bar No.  07552300 |
| | Fuqua & Associates, P.C. |
| | 8558 Katy Freeway |
| | Suite 119 |
| | Houston, Texas 77024 |
| | Phone: (713) 960-0277 / Fax: (713) 960-1064 |

</div>

/s/ Aubrey Haines

*Aubrey Haines*
*Managing Member*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **H & H VENTURES LLC** | § | |
| | § | Case No. _____ |
| | § | |
| Debtor(s) | § | Chapter ___7_____ |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐   *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑   *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:   __7/28/2023_____     __/s/ Aubrey Haines_____
                                                  Aubrey Haines
                                                  Managing Member
                                                  **Complete EIN:** __46-4316762_____

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:   __7/28/2023_____                         __/s/ Richard Lee Fuqua II_____
                                                              Richard Lee Fuqua II, Attorney for Debtor